AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Shimshon Wexler <br><br> *Plaintiff(s)* <br> v. <br> American Express Centurion Bank; Equifax Information Services, LLC and Experian Information Solutions, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br> 1:14-CV-1853 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Equifax Information Services, LLC
c/o DEAN C ARVIDSON
1550 Peachtree Street, NW
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shimshon Wexler, Pro Se
1003 Briarvista Way
Atlanta, GA 30329

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: JUN 13 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 19 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* **JEROY ROBINSON**
was received by me on *(date)* **6-13-14**

☒ I personally served the summons on the individual at *(place)* **EQUIFAX INFORMATION SERVICES C/O TRICIA PICKNEY** on *(date)* **6-16-14** ; or **@ 9:45 AM**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **6-16-14**

*Server's signature*

**JEROY ROBINSON - PROCESS SERVER**
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Shimshon Wexler <br><br> *Plaintiff(s)* <br> v. <br> American Express Centurion Bank; Equifax Information Services, LLC and Experian Information Solutions, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br> 1:14-CV-1853 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Solutions, Inc.
c/o C T CORPORATION SYSTEM
1201 Peachtree Street, NE
Atlanta, GA 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shimshon Wexler, Pro Se
1003 Briarvista Way
Atlanta, GA 30329

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: JUN 13 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 19 2014

JAMES N. HATTEN, CLERK
By: S. Branyan
Deputy Clerk

This summons for *(name of individual and title, if any)* __JEROY ROBINSON__

was received by me on *(date)* __6-13-14__

☑ I personally served the summons on the individual at *(place)* __EXPERIAN INFORMATION SOLUTIONS 40 CHRISTINA HAYWARD__ on *(date)* __6-16-14__ @ 9:05 AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __6-16-14__

_____
Server's signature

__JEROY ROBINSON - PROCESS SERVER__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Shimshon Wexler<br><br>*Plaintiff(s)*<br>v.<br>American Express Centurion Bank; Equifax Information Services, LLC and Experian Information Solutions, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  1:14-CV-1853<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Express Centurion Bank
c/o CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shimshon Wexler, Pro Se
1003 Briarvista Way
Atlanta, GA 30329

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date: JUN 13 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JEROY ROBINSON

was received by me on *(date)* 6-13-14

☑ I personally served the summons on the individual at *(place)* AMERICAN EXPRESS CENTURION BANK
 c/o CHRISTINA HAYWARD   on *(date)* 6-16-14 @ 9:05 AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel, and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-16-14

                                        *Server's signature*

                                        JEROY ROBINSON - PROCESS SERVER
                                        *Printed name and title*


                                        *Server's address*

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 19 2014

JAMES N. HATTEN, CLERK
By: Deputy Clerk

Additional information regarding attempted service, etc:

WSD

Shinshon Wexler
1003 Briarvista Way
Atlanta, GA 30329
212-760-2400 (cell)
ShinshonWexler@yahoo.com

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 19 2014
JAMES N. HATTEN, Clerk
By: J. Oraru~ Deputy Clerk

June 17th 2014

Dear Pro Se Clerk:

~~I filed this complaint~~

Re: Shinshon Wexler v American Express et al
N.D. GA. Case No. 14 cv 1853

Dear Pro Se Clerk:

I came to the Courthouse on June 13th and filed the above referenced complaint. I was given a summons for each defendant and told to have my process server fill out the proof of service page and mail it back to you. I have done this. Enclosed please find the 3 summonses with the proof of service filled out please call me with any questions or concerns.

Shinshon
212-760-2400