UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:14-cv-1853 |
| ) | |
| AMERICAN EXPRESS ) | |
| CENTURION BANK; EQUIFAX ) | |
| INFORMATION SERVICES, LLC ) | |
| and EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| | |
| Defendants. | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT OF DEFENDANT
<u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

Pursuant to Local Rule 3.3 of the U.S. District Court for the Northern District of Georgia and Federal Rule of Civil Procedure 7.1, Defendant Experian Information Solutions, Inc. ("Experian") submits this Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Experian certifies that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a)    Plaintiff: Shimshon Wexler

    (b)    Defendant: Experian Information Solutions, Inc.

    (c)    Defendant: American Express Centurion Bank

    (d)    Defendant: Equifax Information Services, LLC

    (e)    Parent Company of Experian: Experian plc

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a)    Shimshon Wexler, Plaintiff

    (b)    Natalie A. Williams, Jones Day, Attorney for Defendant Experian Information Solutions, Inc.

    (c)    Experian's Parent Company is Experian plc. Experian plc is a New Jersey registered company that owns 100 percent of Experian and is publicly traded on the London Stock Exchange.

    (d)    The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

        (i)    Vehicle Title, LLC

        (ii)    Central Source LLC

    (iii) Online Data Exchange LLC

    (iv) New Management Services LLC

    (v) VantageScore Solutions LLC

    (vi) Opt-Out Services LLC

  (3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Experian in this proceeding:

>Natalie A. Williams
>JONES DAY
>1420 Peachtree Street, N.E.
>Suite 800
>Atlanta, Georgia 30309-3053
>Tel: (404) 581-3939
>Fax: (404) 581-8330
>nwilliams@jonesday.com

Respectfully submitted this 7th day of July, 2014

>s/ Natalie A. Williams
>Natalie A. Williams
>Georgia Bar No.: 622660
>JONES DAY
>1420 Peachtree Street, N.E.
>Suite 800
>Atlanta, GA  30309
>Tel: (404) 581-3939
>Fax: (404) 581-8330
>nwiliams@jonesday.com
>
>*Attorney for Defendant*
>*Experian Information Solutions, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF and via mail by the United States Postal Service.

    Shimshon  Wexler
    1003 Briarvista Way
    Atlanta, GA 30329

    *Plaintiff*

    s/Natalie A. Williams

    *Attorney for Defendant*
    *Experian Information*
    *Solutions, Inc.*