# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | | |
|---|---|---|
| SHIMSHON WEXLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:14-cv-01853-WSD-WEJ |
| | ) | |
| AMERICAN EXPRESS CENTURION BANK; EQUIFAX INFORMATION SERVICES LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:  Shimshon Wexler

Defendant Equifax Information Services LLC:  Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc.  Equifax Inc. is a publicly traded company on the New York Stock Exchange.  No other entity owns 10% or more of Equifax Information Services LLC's stock.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially

affected by the outcome of this particular case:

Defendant Equifax Information Services LLC:  Equifax Inc., which is the sole parent of Equifax Information Services LLC, and is traded on the NYSE.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff:  Pro Se

Defendant Equifax Information Services LLC:  Barry Goheen, Lewis P. Perling, and Brian J. Olson, King & Spalding LLP

Dated:  July 18, 2014.                    Respectfully submitted,

KING & SPALDING LLP

By:   /s/ Brian J. Olson
Brian J. Olson (Ga. Bar No. 553054)
Barry Goheen (Ga. Bar No. 299203)
Lewis P. Perling (Ga. Bar No. 572379)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  lperling@kslaw.com
Email:  bjolson@kslaw.com
*Attorney for Equifax Information Services LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this Answer and that it has been formatted in compliance with Local Rule 5.4.

This 18th day of July, 2014.

/s/ Brian J. Olson

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I served a copy of the following pleading by mailing it through the U.S. mail, and electronically filed DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following party of record:

Shimshon Wexler
1003 Briarvista Way
Atlanta, GA 30329

/s/ Brian J. Olson
Georgia Bar No. 553054
Attorney for Equifax Information
Services LLC