

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 30 2014

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-----------------------------------------------------------X
SHIMSHON WEXLER

                Plaintiff,              Case 1:14-cv-01853-WSD-WEJ

v.

AMERICAN EXPRESS CENTURION BANK;
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SOLUTIONS, LLC
-----------------------------------------------------------X

**NOTICE OF DISMISSAL OF AMERICAN EXPRESS CENTURION BANK FROM THIS ACTION**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal of AMERICAN EXPRESS CENTURION BANK with prejudice and without costs. This Notice of Dismissal does not affect the other Defendants.

Dated: Atlanta, Georgia
        July 27, 2014

                            Respectfully submitted,

                            By: _____
                                  Shimshon Wexler

                          Shimshon Wexler
                          1003 Briarvista Way
                          Atlanta, GA 30329
                          Tel: (212) 760-2400
                          Fax: (917) 512-6132
                          shimshonwexler@yahoo.com

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 30 2014

JAMES N. HATTEN, Clerk
By: Branson, Deputy Clerk

*Shimshon Wexler*
*1003 Briarvista Way*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

July 29th, 2014

<u>VIA Regular Mail</u>
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

RE:   <u>Wexler v American Express et al.</u>

   <u>N.D.GA. (Atlanta Division) Case No. 1:14-cv-01853-WSD-WEJ</u>

Dear Clerk's Office:

   Please file the enclosed Notice of Dismissal as to American Express Centurion Bank only. The case continues as to the other Defendants.

   Please call me with any questions or concerns.

   Thank you,

   Shimshon Wexler