FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 30 2014

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
------------------------------------------------------X
SHIMSHON WEXLER

                Plaintiff,          Case 1:14-cv-01853-WSD-WEJ

v.

AMERICAN EXPRESS CENTURION BANK;
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SOLUTIONS, LLC
------------------------------------------------------X

### NOTICE OF DISMISSAL OF AMERICAN EXPRESS CENTURION BANK FROM THIS ACTION

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal of AMERICAN EXPRESS CENTURION BANK with prejudice and without costs. This Notice of Dismissal does not affect the other Defendants.

Dated: Atlanta, Georgia
        July 29, 2014

                              Respectfully submitted,

                              By: _____
                                    Shimshon Wexler

                              Shimshon Wexler
                              1003 Briarvista Way
                              Atlanta, GA 30329
                              Tel: (212) 760-2400
                              Fax: (917) 512-6132
                              shimshonwexler@yahoo.com


Entered as dismissed pursuant to Rule 41(a)(1)(A)(i), F.R.C.P.
James N. Hatten, Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 3 1 2014

JAMES N. HATTEN, CLERK
[signature] Deputy Clerk