

*Shimshon Wexler*
*1003 Briarvista Way*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

August 13th, 2014

VIA Regular Mail
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361


RE:   Wexler v American Express et al.

   N.D.GA. (Atlanta Division) Case No. 1:14-cv-01853-WSD-WEJ

Dear Clerk's Office:

   Please file the enclosed Affidavit of Service of Discovery Requests which is to be filed with the Court pursuant to Local Rule 5.4.

   Please call me with any questions or concerns.

   Thank you,

   _____
   Shimshon Wexler

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 1 5 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-----------------------------------------------------------------X

SHIMSHON WEXLER

           Plaintiff,                      Case 1:14-cv-01853-WSD-WEJ

v.

AMERICAN EXPRESS CENTURION BANK;
EQUIFAX INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION SOUTIONS, Inc.

           Defendants.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE OF DISCOVERY REQUESTS (FILED WITH THE COURT PURSUANT TO LOCAL RULE 5.4)

I, Shimshon Wexler, hereby declare under the penalty of perjury, as described at 28 USC 1746, that on 8-13 2014, I emailed the first set of Discovery Requests to the email address of all counsel of record in this case as indicated on CM/ECF. In addition, I mailed via first class mail with proper postage the foregoing papers to counsel for Equifax and Experian at:

(Experian)
JONES DAY
1420 Peachtree Street, N.E. ,Suite 800
Atlanta, GA 30309

and

(Equifax)
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Dated: 8/13/2014

                                                                 Shimshon Wexler