

*Shimshon Wexler*
*1411 Dalewood Dr.*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

August 26th, 2014

VIA Regular Mail
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361


RE:   Wexler v American Express et al., N.D.GA. (Atlanta Division) Case No. 1:14-cv-01853-WSD-WEJ


Dear Clerk's Office:

    I have moved and changed my address. My telephone number, fax number and email address remain the same. Please file the enclosed Notice of Change of Address.

    Please call me with any questions or concerns.

                      Thank you,

                        Shimshon Wexler

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 27 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------------------X

SHIMSHON WEXLER

    Plaintiff,      Case 1:14-cv-01853-WSD-WEJ

v.

AMERICAN EXPRESS CENTURION BANK;
EQUIFAX INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION SOUTIONS, Inc.

    Defendants.

------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

  I, Shimshon Wexler, *Pro Se Plaintiff*, have changed my address. My new address is:

    Shimshon Wexler
    1411 Dalewood Dr.
    Atlanta, GA 30329

My telephone number, fax number and email address remain the same.

Dated: August 26, 2014 in Atlanta, GA.

          Respectfully Submitted,

          _____
          Shimshon Wexler
          1411 Dalewood Dr.
          Atlanta, GA 30329
          (212) 760-2400
          (917) 512-6132 fax
          shimshonwexler@yahoo.com