IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO.: |
| ) | |
| AMERICAN EXPRESS CENTURION  ) | 1:14-cv-01853-WSD-WEJ |
| BANK, EQUIFAX INFORMATION  ) | |
| SERVICES, LLC, and EXPERIAN  ) | |
| INFORMATION SOLUTIONS, INC.,  ) | |
| | |
| Defendants. | |

## L.R. 26.3 CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION, AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION were served upon the following individuals and counsel of record on September 15, 2014 via e-mail and by mailing a copy of same, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit
Information Services, Inc.*


Dated: September 15, 2014              Respectfully submitted,


/s Natalie A. Williams
Natalie A. Williams
Georgia Bar No. 622660
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, Georgia 30309-3053
nwilliams@jonesday.com
Telephone: (404) 581-3939
Facsimile: (404) 581-8330

*Attorney for Defendant
Experian Information Solutions, Inc.*

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  September 15, 2014                    Respectfully submitted,


                                              s/ Natalie A. Williams
                                              Natalie A. Williams

                                              *Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record. I have also served the foregoing via email and U.S. mail, postage prepaid, to Plaintiff.

        s/ Natalie A. Williams
        Natalie A. Williams

*Attorney for Defendant Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit Information Services, Inc.*