IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| SHIMSHON WEXLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:14-cv-01853-WSD-WEJ |
| | ) | |
| AMERICAN EXPRESS | ) | |
| CENTURION BANK; EQUIFAX | ) | |
| INFORMATION SERVICES LLC; | ) | |
| AND EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF EQUIFAX INFORMATION
SERVICES LLC'S INITIAL DISCOVERY TO PLAINTIFF**

Defendant, Equifax Information Services LLC ("Equifax"), through its undersigned counsel, hereby certifies that it has served a correct copies of the following documents by U.S. Mail to all counsel of record on September 12, 2014:

Defendant Equifax Information Services LLC's First Set of Interrogatories to Plaintiff;

Defendant Equifax Information Services LLC's First Request for Production of Documents to Plaintiff; and

Defendant Equifax Information Services LLC's First Request for

Admissions to Plaintiff.

DATED this 12th day of September, 2014.

        KING & SPALDING LLP

        By:   /s/ Brian J. Olson
        Brian J. Olson (Ga. Bar No. 553054)
        Barry Goheen (Ga. Bar No. 299203)
        Lewis P. Perling (Ga. Bar No. 572379)
        1180 Peachtree Street N.E.
        Atlanta, Georgia 30309-3521
        Tel: (404) 572-4600
        Fax: (404) 572-5100
        Email: bgoheen@kslaw.com
        Email: lperling@kslaw.com
        Email: bjolson@kslaw.com
        *Attorney for Equifax Information Services LLC*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this CERTIFICATE OF SERVICE OF EQUIFAX INFORMATION SERVICES LLC'S INITIAL DISCOVERY TO PLAINTIFF and that it has been formatted in compliance with Local Rule 5.4.

This 12th day of September, 2014.

/s/ *Brian J. Olson*
Brian J. Olson

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **CERTIFICATE OF SERVICE OF EQUIFAX INFORMATION SERVICES LLC'S INITIAL DISCOVERY TO PLAINTIFF** by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Shimshon Wexler
1003 Briarvista Way
Atlanta, GA 30329

*Plaintiff, Pro Se*

Natalie Williams
Jones Day-Atlanta
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-3053

*Attorneys for Experian Information Solutions, Inc.*

DATED this 12th day of September, 2014.

/s/ *Brian J. Olson*
Brian J. Olson