IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CENTURION<br>BANK, EQUIFAX CREDIT<br>INFORMATION SERVICES, INC., and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>    Defendants. | CASE NO.<br>1:14-cv-01853-WSD-WEJ |

## L.R. 26.3 CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's FIRST REQUEST FOR PRODUCTION TO PLAINTIFF and FIRST SET OF INTERROGATORIES TO PLAINTIFF were served upon the following individuals and counsel of record on September 19, 2014 via Certified U.S. mailing a copy of same, postage prepaid, to:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit
Information Services, Inc.*

Dated:   September 19, 2014            Respectfully submitted,


                                       /s Natalie A. Williams
                                       Natalie A. Williams
                                       Georgia Bar No. 622660
                                       JONES DAY
                                       1420 Peachtree Street, N.E.
                                       Atlanta, Georgia  30309-3053
                                       nwilliams@jonesday.com
                                       Telephone:  (404) 581-3939
                                       Facsimile:  (404) 581-8330

                                       *Attorney for Defendant
                                       Experian Information Solutions, Inc.*

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.


Dated:  September 19, 2014                    Respectfully submitted,


                                                                            s/ Natalie A. Williams
                                                                            Natalie A. Williams

                                                                            *Attorney for Defendant Experian*
                                                                            *Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this 19th day of September electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record. I have also served the foregoing via Certified U.S. mail, postage prepaid, to Plaintiff.

                                               s/ Natalie A. Williams
                                               Natalie A. Williams

                                               *Attorney for Defendant Experian*
                                               *Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit Information Services, Inc.*