IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| SHIMSHON WEXLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:14-cv-01853-WSD-WEJ |
| | ) | |
| AMERICAN EXPRESS CENTURION BANK; EQUIFAX INFORMATION SERVICES LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC. | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SUPPLEMENTAL SERVICE OF
EQUIFAX INFORMATION SERVICES LLC'S
<u>INITIAL DISCOVERY TO PLAINTIFF</u>**

Defendant, Equifax Information Services LLC ("Equifax"), through its undersigned counsel, hereby certifies that it has served a correct copies of the following documents by U.S. Mail to all counsel of record on September 26, 2014:

Defendant Equifax Information Services LLC's First Set of Interrogatories to Plaintiff;

Defendant Equifax Information Services LLC's First Request for Production of Documents to Plaintiff; and

Defendant Equifax Information Services LLC's First Request for

Admissions to Plaintiff.

DATED this 26th day of September, 2014.

        KING & SPALDING LLP

        By:   /s/ Brian J. Olson
        Brian J. Olson (Ga. Bar No. 553054)
        Barry Goheen (Ga. Bar No. 299203)
        Lewis P. Perling (Ga. Bar No. 572379)
        1180 Peachtree Street N.E.
        Atlanta, Georgia  30309-3521
        Tel:  (404) 572-4600
        Fax:  (404) 572-5100
        Email:  bgoheen@kslaw.com
        Email:  lperling@kslaw.com
        Email:  bjolson@kslaw.com
        *Attorney for Equifax Information Services LLC*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this document and that it has been formatted in compliance with Local Rule 5.4.

This 26th day of September, 2014.

/s/ *Brian J. Olson*
Brian J. Olson

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of this **CERTIFICATE OF SUPPLEMENTAL SERVICE OF EQUIFAX INFORMATION SERVICES LLC'S INITIAL DISCOVERY TO PLAINTIFF** by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Shimshon Wexler
1411 Dalewood Dr NE
Atlanta, GA 30329

*Plaintiff, Pro Se*

Natalie Williams
Jones Day-Atlanta
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-3053

*Attorneys for Experian Information Solutions, Inc.*

DATED this 26th day of September, 2014.

/s/ *Brian J. Olson*
Brian J. Olson