## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **SHIMSHON WEXLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:** |
| | ) | |
| **AMERICAN EXPRESS CENTURION** | ) | **1:14-cv-01853-WSD-WEJ** |
| **BANK, EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, and EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.,** | ) | |
| | | |
| **Defendants.** | | |

## L.R. 26.3 CERTIFICATE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSES

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc.

("Experian") hereby certifies that a copy of Experian's SUPPLEMENTAL

RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS were served

upon the following individuals and counsel of record on October 3, 2014 via mail,

postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit
Information Services, Inc.*

Dated: October 3, 2014                    Respectfully submitted,


/s Natalie A. Williams
Natalie A. Williams
Georgia Bar No. 622660
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, Georgia  30309-3053
nwilliams@jonesday.com
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

*Attorney for Defendant
Experian Information Solutions, Inc.*

## <u>LOCAL RULE 5.1 CERTIFICATION</u>

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE

OF SUPPLEMENTAL DISCOVERY RESPONSES has been prepared in Times

New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  October 3, 2014                    Respectfully submitted,


                                           s/ Natalie A. Williams
                                           Natalie A. Williams

                                           *Attorney for Defendant Experian*
                                           *Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record. I have also served the foregoing via U.S. mail, postage prepaid, to Plaintiff.

s/ Natalie A. Williams
Natalie A. Williams

*Attorney for Defendant Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit Information Services, Inc.*