**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **SHIMSHON WEXLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:** |
| | ) | |
| **AMERICAN EXPRESS CENTURION** | ) | **1:14-cv-01853-WSD-WEJ** |
| **BANK, EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, and EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.,** | ) | |
| | | |
| **Defendants.** | | |

**L.R. 26.3 CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES**

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc.

("Experian") hereby certifies that a copy of Experian's  INITIAL DISCLOSURES

were served upon the following individuals and counsel of record on October 16,

2014 via mail, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit
Information Services, Inc.*

Dated: October 16, 2014                    Respectfully submitted,


                                   /s Natalie A. Williams
                                   _____
                                   Natalie A. Williams
                                   Georgia Bar No. 622660
                                   JONES DAY
                                   1420 Peachtree Street, N.E.
                                   Atlanta, Georgia  30309-3053
                                   nwilliams@jonesday.com
                                   Telephone:  (404) 581-3939
                                   Facsimile:  (404) 581-8330

                                   *Attorney for Defendant
                                   Experian Information Solutions, Inc.*

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE

OF INITIAL DISCLOSURES has been prepared in Times New Roman 14 point

font in accordance with Local Rule 5.1.

Dated:  October 16, 2014                    Respectfully submitted,


                                            s/ Natalie A. Williams
                                            Natalie A. Williams

                                            *Attorney for Defendant Experian*
                                            *Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF INITIAL DISCLOSURES with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record.  I have also served the foregoing via U.S. mail, postage prepaid, to Plaintiff.

s/ Natalie A. Williams
Natalie A. Williams

*Attorney for Defendant Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit Information Services, Inc.*