AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT ___GEORGIA___

FILED IN CHAMBERS
U.S.D.C. - Rome

OCT 30 2014

JAMES N. HATTEN, Clerk
By: _Kari Bull_
Deputy Clerk

SHIMSHON WEXLER

V.

EQUIFAX INFORMATION SERVICES, LLC
EXPERIAN INFORMATION SOLUTIONS INC

**NOTICE**

CASE NUMBER: 1:14-CV-1853-WSD-WEJ

TYPE OF CASE:

X  CIVIL          ☐ CRIMINAL

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. DISTRICT COURT<br>600 EAST FIRST STREET, ROOM 201<br>ROME, GA 30161 | 201 |
| | DATE AND TIME<br>TUESDAY, NOVEMBER 4, 2014 AT 1:00 P.M |

TYPE OF PROCEEDING

**TELEPHONE CONFERENCE: DISCOVERY DISPUTE**

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

*Walter E. Johnson*
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_Kari Bull_

October 30, 2014
DATE

(BY) DEPUTY CLERK