UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 1 2 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

SHIMSHON WEXLER,            )
                            )
         Plaintiff,         )
                            )
    v.                      )    CASE NO.
                            )
EQUIFAX INFORMATION         )    1:14-CV-01853-WSD-WEJ
SERVICES, LLC and EXPERIAN  )
INFORMATION SOLUTIONS,      )
INC.,                       )
         Defendants.        )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __Nov 10 14__, I caused Plaintiff's supplemental response to Experian first request for production of documents and interrogatories to be served to the individuals below.

Shimshon Wexler

**SERVICE LIST**

Natalie Williams
JONES DAY
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Shimshon Wexler*
*1411 Dalewood Dr.*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

November 10, 2014

<u>VIA Regular Mail</u>
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

RE: <u>Wexler v Experian et al., N.D.GA. (Atlanta Division) Case No. 1:14-cv-01853-WSD-WEJ</u> and

Dear Clerk's Office:

    Please file the enclosed certificate of service.

    Please call me with any questions or concerns.

                  Thank you,

                    Shimshon Wexler