IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CENTURION BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-01853-WSD-WEJ |

## **CERTIFICATE OF CONSENT FOR WITHDRAWAL OF ATTORNEY**

COMES NOW, pursuant to Local Rule 83.1(E)(2)(d), Experian Information Solutions, Inc. ("Experian") gives notice that Lynsey M. Barron of the law firm Jones Day withdraws as counsel for Experian. Experian submits that it consents to this withdrawal of counsel.

Experian requests that all notices and other matters relative to this case be sent to Natalie A. Williams and James Spung of Jones Day, at the below address, who remain as counsel of record for Experian.

[Signatures on Following Page]

_____
Abril Turner, Senior Counsel, Experian Information Solutions, Inc.


/s/ Lynsey M. Barron
Withdrawing attorney


/s/ Natalie A. Williams
Remaining attorney

Dated:   December 17, 2014        Respectfully submitted,

*/s/ Natalie A. Williams*
Natalie A. Williams
Georga Bar No. 622660
James Spung
Georgia Bar No. 768931
JONES DAY
1420 Peachtree St. NE, Ste. 800
Atlanta, GA 30309-3053
nwilliams@jonesday.com
jspung@jonesday.com
Telephone: (404) 581-3939
Facsimile: (404) 581-8330

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

The undersigned certifies, pursuant to LR 5.1C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

*/s/ Natalie A. Williams*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record and to Plaintiff via U.S. Mail.

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian J. Olson
King & Spalding, LLP
1180 Peachtree Street, NE
40th Floor
Atlanta, GA 30309

*Attorney for Equifax Information Services, LLC*

*s/Natalie A. Williams*
Natalie A. Williams

*Attorney for Defendant Experian Information Solutions, Inc.*

1