RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 19 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Shimshon Wexler
1411 Dalewood Dr NE
Atlanta, GA 30329
212-760-2400 (cell)
917-512-6132 (fax)
shimshonwexler@yahoo.com

Dec 19th, 2014

Re: 14cv1853 NDGA Wexler v. Experian, Equifax

Dear Clerk's Office:

This is the only page that is handwritten as I am at the Courthouse now writing this short letter. Enclosed please find
① the motion for summary judgment
② Shimshon Wexler's declaration
③ Plaintiff's Statement of undisputed facts
④ Plaintiff's memorandum in support
⑤ Exhibits "A" through "O"

Please note that Exhibits "A" through "K" have tabs before them — however, Exhibits "L" through "O" have a sheet of paper with the exhibit number before them.

Please call me with any questions or concerns.

Thank You,
[signature]

*[sticky note: The Pla would the court to be Aware of his cover letter]*