

Prepared for: SHIMSHON ELIOT WEXLER
Date: May 05, 2014
Report number: 0909-3446-38

Page 5 of 40

## Your accounts that may be considered negative (continued)

**Payment history**

2014 — 2013 — 2012 — 2011 — 2010
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT
SEP AUG JUL JUN MAY

---

**AMERICAN EXPRESS**
PO BOX 981537
EL PASO TX 79998
**Phone number**
(800) 874-2717
**Partial account number**
3499906042137203
**Address identification number**
0066371837

**Date opened**
Oct 2000
**First reported**
Oct 2009
**Date of status**
Oct 2009

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
Not reported
**High balance**
$17,207

**Recent balance**
$15,507 as of Apr 2014

**Responsibility**
Individual
**Status**
Account charged off. $17,807 written off. $11,867 past due as of Apr 2014.
This account is scheduled to continue on record until Apr 2015.
**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Apr 2014.

**Payment history**

2014 — 2013 — 2012 — 2011 — 2010
APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV
2009
OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)   DPR = Date payment received   = Scheduled payment amount ($)   AAP = Actual amount paid ($)

| | Mar14 | Jan14 | Dec13 | Oct13 | Sep13 | Aug13 | Jul13 | Jun13 | May13 | Apr13 | Mar13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 | May12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 15,607 | 15,807 | 15,907 | 16,107 | 16,207 | 16,307 | 16,407 | 16,507 | 16,607 | 16,707 | 16,807 | 17,007 | 17,107 | 17,207 | 17,307 | 17,407 | 17,507 | 17,607 | 17,707 | 17,707 |
| DPR | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | Feb27 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP | 0 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

► Between Mar 2013 and Mar 2014, your credit limit/high balance was $0   ► Between May 2012 and Jan 2013, your credit limit/high balance was $17,807

# EQUIFAX

## CREDIT FILE : May 9, 2014
## Confirmation # 4126046017

001646273-3631
Shimshon Eliot Wexler
1003 Briarvista Way NE
Atlanta, GA 30329-3628

P. O. Box 105518
Atlanta, GA 30348

Dear Shimshon Eliot Wexler:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *)
(This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - -349990604213* The results are: Historical account information was deleted from this account. This creditor has verified to OUR company that the balance is being reported correctly. This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. If you have additional questions about this item please contact: **American Express, PO Box 981537, EL Paso TX 79998-1537 Phone: (800) 874-2717**

### American Express    PO Box 981537 El Paso TX 79998-1537 : (800) 874-2717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| -349990604213* | 10/01/2000 | $17,207 | $0 | | | 50 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2014 | $15,507 | $11,867 | | $0 | $0 | 07/2008 | | 08/2010 | $0 | | $0 | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;  ADDITIONAL INFORMATION - ; Consumer Disputes This Account Information; Charged Off Account; Account Closed By Credit Grantor;

( Continued On Next Page )          4126046017APPLADM-001646273- 3631- 12374 - S