**Shimshon Wexler**
**1003 Briarvista Way**
**Atlanta, GA 30329**
**Tel (212)760-2400**
**Fax (917)512-6132**
shimshonwexler@yahoo.com
**DOB-**
**SS #**

*March 28th, 2014*

<u>Via Certified Mail Return Receipt Requested</u>

<u>Re:   American Express Account with a balance of approximately $15,707</u>

Dear TransUnion, Equifax and Experian:

    The above referenced account with American Express Account ending in 2003 is being reported as having a balance of approximately $15,707. This is incorrect.

    I was sued by American Express for not paying this account (I attach a copy of the complaint in that case). Then, it was agreed between me and American Express that if I made 72 consecutive payments of $100 each month then American Express would consider the account settled in full (I attach a copy of the agreement). I have made each and every payment to American Express as required by that agreement. (I attach a copy of each check that I paid to American Express for the last 18 months.)

    Please correct that entry to properly show that the account is being paid as the agreement requires. Specifically, American express has agreed to a $7,200 balance and I have made approximately 21 payments so the balance should be showing as $5,100.

Thank you,

Shimshon Wexler

**SHIMSHON WEXLER**
Report As Of: 8/10/2013



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**AMERICAN HONDA FINANCE**

☒ Potentially Negative Closed

No Phone Provided

500 KELLY WAY
HOLYOKE, MA 01040

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | AMERICAN HONDA FINANCE | | |
| Account # | 8626XXXX | | |
| Account Type | Auto Lease | | |
| Balance | $2,430.00 | | |
| Past Due | | | |
| Date Opened | 9/1/2006 | **What's missing from this picture?** | |
| Account Status | Closed | | |
| Mo. Payment | | See your Experian®, Equifax® and | Log in Now! |
| Payment Status | Charge-off | TransUnion® Credit Reports and Scores | www.FreeCreditReport.com |
| High Balance | | at a special "Members Only" price. | |
| Limit | | | |
| Terms | 24 Months | | |
| Comments | | | |

### 24/Mo Payment History

| | 2008 | | | | | 2009 | | | | | | | | | | | | 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| Experian | | | | | | | | | | | | | | | | | | | | | 30 | 60 | 90 | KD |

---

**AMEX**

☒ Potentially Negative Closed

800-874-2717

PO BOX 297871
FORT LAUDERDALE, FL 33329

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | AMEX | | |
| Account # | 349990804213XXXX | | |
| Account Type | Credit Card | | |
| Balance | $16,407.00 | | |
| Past Due | | | |
| Date Opened | 10/1/2000 | **What's missing from this picture?** | |
| Account Status | Closed | | |
| Mo. Payment | | See your Experian®, Equifax® and | Log in Now! |
| Payment Status | Charge-off | TransUnion® Credit Reports and Scores | www.FreeCreditReport.com |
| High Balance | | at a special "Members Only" price. | |
| Limit | $0.00 | | |
| Terms | Revolving | | |
| Comments | Credit line closed-grantor request-reported by subscriber | | |

### 24/Mo Payment History

| | 2011 | | | | | 2012 | | | | | | | | | | | | 2013 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |

| Personal Information | Report Summary | Bankruptcies | Credit Inquires | Credit Cards & Loans Page 1 of 32 | Credit Score |
|---|---|---|---|---|---|

**CIVIL COURT OF THE CITY OF NEW YORK**

County of _New York_ Part _____          Index No. 13131 - 11

_American Express Centurion bank_

Plaintiff(s),

-against-

_Shimson Wexler_
Defendant(s).

> Civil Court
> of the
> City of New York
> APR 25 2012
> ENTERED
> NEW YORK COUNTY

STIPULATION
OF
SETTLEMENT

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled/adjourned as follows: Account ending 2003

Wexler agrees to pay American Express $7,200 or [illegible]. Starting May 10 and continuing on the 10 of every consecutive month thereafter. Wexler agrees to pay $100.00 per month for 72 consecutive months. Payment will be sent to American Express P.O. Box 278 Ramsey, NJ 07446. If Wexler fails to make a payment American Express will send by regular mail a notice of default and 10 day right to cure. If Wexler fails to cure said default, Wexler hereby agrees to the entry of judgment for the full amount sued for less any monies already paid. When payment is complete Plaintiff will file a [illegible] within 10 days

Signature: _Joshua Knurr Amex_          Date: 4/25/12

Signature: _[signature]_          Date: 4/25/12

CIV-GP-32 (Revised, 7/06) (3-Ply)          Page _1_ of _1_

**CONSUMER CREDIT TRANSACTION**

**IMPORTANT!! YOU ARE BEING SUED!!**

**THIS IS A COURT PAPER – A SUMMONS**
**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF**
**YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING**
**THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND**
**YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS**
**TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO**
**THIS COURT RIGHT AWAY.  THE CLERK (PERSONAL APPEARANCE) WILL**
**HELP YOU!**

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**
----------------------------------------------------------X

**AMERICAN EXPRESS CENTURION BANK,**          Index No.  **013131**       **2011**

                              Plaintiff,          Plaintiff's Address: c/o
                                                  American Express Legal
                                                  200 Vesey St.
          -against-                               New York, New York 10285

                                                  The basis of venue is the
                                                  county in which the defendant
**SHIMSHON WEXLER,**                              resides

----------------------------------------------------------
                              Defendant.
----------------------------------------------------------X          **SUMMONS**   **FILED**

                                                                     MAR 2 1 2011
To:    Shimshon Wexler                                           NEW YORK COUNTY
       515 West 110th St. Apt #10G                                 CIVIL COURT
       New York, New York 10025

       **YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New
York, County of New York, at the office of the said court at 111 Centre St, New York, New
York 10013, in the County of New York, City of New York and State of New York, within the
time provided by law as noted below and to file your answer to the annexed complaint with the
Clerk: upon your failure to answer, judgment will be taken against you for the principal sum of
$17,807.18, plus interest thereon, together with the costs and disbursements of this action.

EXP/WEXLER-000024

Dated:        New York, New York
                February 28, 2011

American Express Legal

By: _____

Joshua J. Knurr, Esq.
**AMERICAN EXPRESS LEGAL**
200 Vesey St.
Mail Code 01-43-03
New York, NY 10285
1-877-305-0433
Attorney for the Plaintiff,
American Express

Defendant to be served:

Shimshon Wexler
515 West 110th St. Apt #10G
New York, New York 10025

NOTE: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

## Please send all correspondence to:

## American Express Legal
## PO Box 278
## Ramsey, NJ 07446

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

AMERICAN EXPRESS CENTURION
BANK,

Plaintiff,

-against-

SHIMSHON WEXLER,

Defendant.

Index No.:

**COMPLAINT**

Plaintiff, American Express Centurion Bank ("Centurion Bank"), by its attorney, Joshua

J. Knurr, Esq., as and for its complaint herein against defendant Shimshon Wexler ("Wexler"),

hereby alleges as follows:

### The Parties

1.      At all relevant times, plaintiff Centurion Bank was and remains a bank chartered

under the laws of the State of Utah with its office located at 4315 S. 2700 West, Salt Lake City,

Utah, 84184.

2.      Upon information and belief, at all relevant times, Wexler was and is an

individual who resides in the County of New York in the State of New York, at 515 West 110th

St. Apt #10G, New York, New York 10025.

### The Facts

**A.      The Optima Triumph Blue Cash Rebate Card Account**

3.      At all relevant times, Wexler was the holder of an Optima Triumph Blue Cash

Rebate Card (the "Blue Cash Rebate Card") that enabled him / her to charge items to an Optima

Triumph Blue Cash Rebate Card Account (Account No. xxxxx-xxxxxxx-x2003).

EXP/WEXLER-000026

4.     Wexler used the Blue Cash Rebate Card to charge various items to the Optima Triumph Blue Cash Rebate Card Account for which payment was never made.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Breach of Contract)

5.     As per the Optima Triumph Blue Cash Rebate Card Agreement, Shimshon Wexler agreed to pay for all items charged to the Optima Triumph Blue Cash Rebate Card Account.  In addition, Wexler agreed to pay Centurion Bank late fees and court costs, and in the event that Centurion Bank referred the Optima Triumph Blue Cash Rebate Card Account to its attorney for collection.

6.     Wexler is currently indebted to Centurion Bank for unpaid Optima Triumph Blue Cash Rebate Card charges in the total amount of $17,807.18.

7.     By reason of the foregoing, Centurion Bank is entitled to judgment against Wexler for breach of contract in the sum of $17,807.18 plus court costs and prejudgment interest.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Account Stated)

8.     Centurion Bank duly issued and sent to Wexler Optima Triumph Blue Cash Rebate Card Statements, which set forth in detail all items charged to the Optima Triumph Blue Cash Rebate Card Account and the total amount due and owing by defendant to Centurion Bank.

9.     Wexler received the Optima Triumph Blue Cash Rebate Card Statements without protest and did not object to them nor indicate that they were erroneous in any respect. Wexler thereby acknowledged that the debt owed to Centurion Bank, as set forth in the Optima Triumph Blue Cash Rebate Card Statements, is true and correct.

10.   By reason of the foregoing, Centurion Bank is entitled to judgment against Wexler for an account stated in the amount of $17,807.18 plus court costs and prejudgment interest.

**AS AND FOR A THIRD CAUSE OF ACTION**
**(Unjust Enrichment)**

11.   Wexler benefited from all of the charges made to the Optima Triumph Blue Cash Rebate Card Account, has acknowledged receipt of those benefits, and has failed to pay for same.

12.   Given Wexler's failure to make payment for the outstanding balance owed with respect to the Optima Triumph Blue Cash Rebate Card Account, and the fact that Wexler was the beneficiary of all items charged to the Optima Triumph Blue Cash Rebate Card Account, Wexler would be unjustly enriched to Centurion Bank's detriment unless judgment is entered against him / her for the full balance due and owing on the Optima Triumph Blue Cash Rebate Card Account.

13.   By reason of the foregoing, Centurion Bank is entitled to judgment against Wexler for unjust enrichment in an amount to be determined at trial, plus court costs and prejudgment interest.

WHEREFORE, American Express Centurion Bank requests judgment against defendant, Shimshon Wexler as follows:

(i)    on the first cause of action of the complaint, Centurion Bank requests judgment in the sum of $17,807.18 plus court costs and prejudgment interest;

(ii)   on the second cause of action of the complaint, Centurion Bank requests judgment in an amount of $17,807.18 plus court costs and prejudgment interest;

EXP/WEXLER-000028

(iii)    on the third cause of action of the complaint, Centurion Bank requests

judgment in an amount to be determined at trial, plus court costs and

prejudgment interest; and

(iv)    for such other and further relief as this Court deems just and proper.

Dated:    New York, New York
February 28, 2011

American Express Legal

By: _____
Joshua J. Knurr, Esq.
**AMERICAN EXPRESS LEGAL**
200 Vesey St.
Mail Code 01-43-03
New York, NY 10285
1-877-305 0433
Attorney for the Plaintiff,
American Express

Correspondences sent to:
American Express Legal
PO Box 278
Ramsey, New Jersey 07446

## Rule 130-1.1a

Pursuant to 22 NYCRR 130-1.1a, the undersigned attorney hereby certifies under the penalties of perjury and as an officer of the court that to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of this document or the contentions therein are not frivolous.

By: _____
Joshua J. Knurr, Esq.

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=88da98...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1029 | 10/10/12 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXX08765 |



🏠 Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:24 PM

EXP/WEXLER-000030

Wells Fargo View Check Copy         https://image.wellsfargo.com/imageman/display.do?sessionid=88da98...

 Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1036 | 11/07/12 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX8785 |



🏠 Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.

EXP/WEXLER-000031

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=88da98...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1044 | 13/08/12 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXX0008785 |



🏠 Equal Housing Lender

© 1996 - 2014 Wells Fargo. All rights reserved.

EXP/WEXLER-000032

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=88da98...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1046 | 01/03/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX8785 |



🏠 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:25 PM

EXP/WEXLER-000033

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionid=88da98...

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1051 | 09/06/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXX0008786 |

LAW OFFICES OF EMMANUEL WEXLER, PC

1051

1-26-13

Pay to the
Order of  American Express   $ 100

One Hundred                              Dollars

J26896

Per  Civil Court - NY County B13H

🏠 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

1 of 1

EXP/WEXLER-000034

Wells Fargo View Check Copy

**Wells Fargo Business Online®**

**View Check Copy**

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1059 | 03/08/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXX008795 |

LAW OFFICES OF SHIMSHON WEXLER, PC                                    1059

Pay to the Order of  *American Express*                    $ 100.00

*One Hundred*                                            Dollars

IZ 6896  — Shimshon Wexler

NY Civil Court, NY County 13131-11

2-25-13

For Deposit Only
Payroll Underpayment GTD by NCO
NCO Financial Systems Inc. TXCHE0081900370027
62327771589

EXP/WEXLER-000035

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9c4e56...

**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1084 | 04/08/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXX008765 |



🏠 Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.

EXP/WEXLER-000036

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

 Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1066 | 05/01/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX6765 |



⌂ Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

1 of 1

3/28/2014 1:44 PM

EXP/WEXLER-000037

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1071 | 08/06/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXX008785 |



🏠 Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:44 PM

EXP/WEXLER-000038

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

 **Wells Fargo Business Online®**

**View Check Copy**

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1075 | 07/03/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXX0008765 |



⌂ Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:44 PM

EXP/WEXLER-000039

Wells Fargo View Check Copy

https://image.wellsfargo.com/image-man/display.do?sessionId=9e4e56...

**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1080 | 08/01/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXX08785 |



☆ Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

1 of 1

3/28/2014 1:44 PM

EXP/WEXLER-000040

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1086 | 08/06/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX8786 |

LAW OFFICES OF SHIINSHAN WEXLER, PC

1086

8-26-13

Pay to the Order of American Express   $100⁴⁴

One Hundred   Dollars

IZ6896 - Shinshan Wexler

For Index - 13131, NY County Civil Court

⑆025012881⑆: 5275497656⑆ 01086

🏠 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

1 of 1

3/28/2014 1:45 PM

EXP/WEXLER-000041

Wells Fargo View Check Copy

https://image.wellsfargo.com/imagemsn/display.do?sessionId=9e4c56...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1089 | 10/03/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING X000003766 |



🏠 Equal Housing Lender

® 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:45 PM

EXP/WEXLER-000042

Wells Fargo View Check Copy                                   https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1094 | 11/08/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING X000008765 |



🏠 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:46 PM

EXP/WEXLER-000043

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9c4e56...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1096 | 12/06/13 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXX08785 |



🏠 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

1 of 1

3/28/2014 1:46 PM

EXP/WEXLER-000044

.Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1103 | 01/07/14 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX3765 |



🏠 Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:47 PM

EXP/WEXLER-000045

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1104 | 03/06/14 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXX0008785 |

🏠 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:47 PM

EXP/WEXLER-000046

Wells Fargo View Check Copy

https://image.wellsfargo.com/imageman/display.do?sessionId=9e4e56...

**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1107 | 03/04/14 | $100.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX3766 |



♿ Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

3/28/2014 1:47 PM

EXP/WEXLER-000047



Shimshon Wexler
1003 Briarvista Way
Atlanta, GA 30329



CERTIFIED MAIL

7012 3050 0000 3446 6742

  

U.S. POSTAGE
PAID
ATLANTA, GA
30333
MAR 22, '14
AMOUNT
$7.82
00024196-15

# **FIRST CLASS MAIL**

Experian
PO Box 4500
Allen, TX 75013



RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

EXP/WEXLER-000048

