IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHIMSHON WEXLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| AMERICAN EXPRESS CENTURION BANK, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) | 1:14-cv-01853-WSD-WEJ |
| | | |
| Defendants. | | |

## L.R. 26.3 CERTIFICATE OF SERVICE OF NOTICE OF CONTINUED DEPOSITION OF PLAINTIFF

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's NOTICE OF CONTINUED DEPOSITION OF PLAINTIFF was served upon the following individual on December 29, 2014 via mail, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

- 2 -

Dated: December 30, 2014	Respectfully submitted,


	/s A. James Spung
	A. James Spung
	Georgia Bar No. 768931
	JONES DAY
	1420 Peachtree Street, N.E.
	Atlanta, Georgia  30309-3053
	jspung@jonesday.com
	Telephone:  (404) 581-3939
	Facsimile:  (404) 581-8330

	*Attorney for Defendant*
	*Experian Information Solutions, Inc.*

- 2 -

- 3 -

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION OF PLAINTIFF has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  December 30, 2014               Respectfully submitted,


                                        s/ A. James Spung
                                        A. James Spung

                                        *Attorney for Defendant Experian*
                                        *Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF NOTICE OF CONTINUED DEPOSITION OF PLAINTIFF with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record.  I have also served the foregoing via U.S. mail, postage prepaid, to Plaintiff.

                                                s/ A. James Spung
                                                A. James Spung

                                                *Attorney for Defendant Experian*
                                                *Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit Information Services, Inc.*