UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 31 2014

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

| | |
|---|---|
| SHIMSHON WEXLER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. |
| EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC Defendants. | ) 14-CV-1853-WSD-WEJ |

## PLAINTIFF'S MOTION TO COMPEL EQUIFAX TO PRODUCE A 30(b)(6) WITNESS

Plaintiff, *pro se*, respectfully asks this Court for an order requiring Equifax Information Services, LLC to produce a 30(b)(6) witness on a date certain and for such other and further relief this Court deems appropriate. This motion is based on the declaration of Shimshon Wexler as well as Exhibits "A" through "E".

Dated: 12-30-14

Respectfully Submitted,

Shimshon Wexler
1411 Dalewood Dr NE
Atlanta, GA 30329
212-760-2400
917-512-6132 fax
shimshonwexler@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on ___12-30-14___, I mailed the annexed documents to this Court on Spring Street. I believe that the Court will then enter the documents into the CM/ECF system for all counsel of record to view them.

_____
Shimshon Wexler

## CERTIFICATE OF COMPLIANCE

I also certify that I have used Time New Roman 14 to prepare this Motion and the attached Declaration.

_____
Shimshon Wexler