RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 31 2014

JAMES N. HATTEN, Clerk
        Deputy Clerk
J. Brannon

*Shimshon Wexler*
*1411 Dalewood Dr. NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

December 30, 2014

VIA Regular Mail
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

RE:   Wexler v Experian and Equifax, N.D.GA. (Atlanta Division) Case No. 1:14-cv-01853-WSD-WEJ

Dear Clerk's Office:

   Please file the enclosed "Plaintiff's Motion To Compel Equifax To Produce A 30(b)(6) Witness."

   Please note that there are Exhibits "A" through "E". These are marked by having a sheet of paper before them with "Exhibit A,B,C, D or E"

   Please call me with any questions or concerns.

                                  Thank you,

                                  _____
                                  Shimshon Wexler