# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,           ) | |
| )                              | |
| Plaintiff,      ) | Civil Action |
| )                              | |
| v.                         ) | No. 1:14-cv-01853-WSD-WEJ |
| )                              | |
| AMERICAN EXPRESS           ) | |
| CENTURION BANK; EQUIFAX    ) | |
| INFORMATION SERVICES, LLC; ) | |
| AND EXPERIAN INFORMATION   ) | |
| SOLUTIONS, INC.            ) | |
| )                              | |
| Defendants.     ) | |

### CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY <u>JUDGMENT</u>

Plaintiff and Defendants Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. (collectively referred to herein as "Defendants") by counsel, consent to an order by the Court that Defendants' time to respond to Plaintiff's motion for partial summary judgment (Doc. 31) in this action be extended through and including January 30, 2015 and shows as follows:

1. The parties are actively engaged in settlement discussions that will resolve this matter in its entirety.

2. Additional time is needed, however, to determine whether the parties can reach a resolution of this matter.

3. This extension should not delay any other deadlines in the case.

WHEREFORE, the parties hereto request that this motion be granted.

Dated:  January 7, 2015			Respectfully submitted,

						KING & SPALDING LLP

						By:   /s/ *Brian J. Olson*
						Brian J. Olson (Ga. Bar No 553054)
						Barry Goheen (Ga. Bar No. 299203)
						Lewis P. Perling (Ga. Bar No. 572379)
						1180 Peachtree Street N.E.
						Atlanta, Georgia  30309-3521
						Tel:  (404) 572-4600
						Fax:  (404) 572-5100
						Email:  bgoheen@kslaw.com
						Email:  lperling@kslaw.com
						Email:  bjolson@kslaw.com
						*Attorney for Equifax Information Services LLC*

						By:   /s/ *Shimshon Wexler*
						Shimshon Wexler
						1411 Dalewood Drive
						Atlanta, GA 30329
						*Plaintiff*

JONES DAY

By: /s/ *Natalie A. Williams*
Natalie A. Williams (Ga. Bar No. 622660)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Email: nwilliams@jonesday.com
*Attorney for Experian Information Solutions, Inc.*

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,
IT IS SO ORDERED.

Dated: _____          _____
                                Judge, United States District Court

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point Times New Roman was used for this Motion and that it has been formatted in compliance with Local Rule 5.4.

This 7th day of January, 2015.

                                              /s/ *Natalie A. Williams*
                                              Natalie A. Williams

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Brian J. Olson (Ga. Bar No 553054)
Lewis P. Perling (Ga. Bar No. 572379)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  lperling@kslaw.com
Email:  bjolson@kslaw.com

*Attorneys for Equifax Information Services, LLC*

I further certify that a copy of the foregoing was served, via U.S. Mail, postage pre-paid on the following non-filing user:

Shimshon Wexler
1003 Briarvista Way
Atlanta, GA 30329

/s/ *Natalie A. Williams*
Georgia Bar No. 622660
*Attorney for Experian Information Services, Inc.*

6