# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS )<br>CENTURION BANK, EQUIFAX )<br>INFORMATION SERVICES LLC, )<br>and EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>Defendants. | **CIVIL ACTION FILE**<br>**NO.: 1:14-CV-01853-WSD-WEJ** |

## JOINT NOTICE OF SETTLEMENT

Comes now the Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC, and hereby file this Joint Notice of Settlement and in support thereof states the following:

1. All matters at issue between the Plaintiff and Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC have been resolved.

2. Defendants anticipates all settlement documents will be executed and dismissals filed in this action within thirty (30) days.

Dated:  January 21, 2015 /s/ *A. James Spung*
A. James Spung
Jones Day
1420 Peachtree Street, Suite 800
Atlanta, GA  30309
Tel.: (404) 581-3939

*Attorney for Defendant*
*Experian Information Solutions, Inc.*


/s/ *Brian J. Olson*
Brian J. Olson
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, GA  30309
Tel.:

*Attorney for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing via U.S. mail, postage prepaid, to Plaintiff at the address listed below:

Shimshon Wexler
1411 Dalewood Dr. NE
Atlanta, GA 30329

s/ A. James Spung
A. James Spung

*Attorney for Defendant Experian Information Solutions, Inc.*