IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHIMSHON WEXLER,

                Plaintiff,

v.

AMERICAN EXPRESS CENTURION BANK, et al,

                Defendants.

1:14-cv-1853-WSD

## ORDER

The parties have advised the Court that the above case has settled. The parties are directed to file a stipulation of dismissal on or before February 24, 2015. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED**, this 23rd day of January, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE