# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>AMERICAN EXPRESS  )<br>CENTURION BANK, EQUIFAX  )<br>INFORMATION SERVICES LLC,  )<br>and EXPERIAN INFORMATION  )<br>SOLUTIONS, INC.,  )<br>  )<br>  Defendants.  ) | CIVIL ACTION FILE<br>NO.: 1:14-CV-01853-WSD-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shimshon Wexler and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  February 11, 2015    Respectfully submitted,

/s/ Shimshon Wexler
Shimshon Wexler
1411 Dalewood Drive NE
Atlanta, GA 30329

*Plaintiff*

s/ A. James Spung
A. James Spung
Georgia Bar No. 768931
JONES DAY
1420 Peachtree Street, Suite 800
Atlanta, GA 30309
Telephone:  (404) 581-3939
Email: jspung@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. I have also caused the foregoing to be sent a copy to Plaintiff via regular U.S. mail at the address below.

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive NE
Atlanta, GA 30329

*Plaintiff*

Brian J. Olson
King & Spalding, LLP
1180 Peachtree Street, NE
40th Floor
Atlanta, GA 30309

*Attorney for Equifax Information Services, LLC*

                                                *s/A. James Spung*
                                                A. James Spung

                                                *Attorney for Defendant Experian*
                                                *Information Solutions, Inc.*