UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-----------------------------------------------------------X

SHIMSHON WEXLER

                                                    Case No.: 14-cv-1853(WSD)(WEJ)

              Plaintiff

     v.

EQUIFAX et al.

              Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff and Equifax that the above-entitled action as to Equifax is hereby dismissed with prejudice and without costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Atlanta, Georgia
        February 11, 2015

        By: _____
        Shimshon Wexler
        1411 Dalewood Dr. NE
        Atlanta, GA 30329
        (212) 760-2400
        *Plaintiff Pro Se*


        By: */s/ Brian J. Olson*
        Brian J. Olson
        King & Spalding
        1180 Peachtree St.
        Atlanta, GA 30309
        (404) 572-4600
        *Attorneys for Equifax*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Abraham James Spung
Daniel J. Conner , Jr.
Natalie Williams
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309

 

/s/ *Brian J. Olson*
Georgia Bar No. 553054
Attorney for Equifax Information
Services LLC