UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-------------------------------------------------------------X
SHIMSHON WEXLER

                                             Case No.: 14-cv-1853(WSD)(WEJ)

        Plaintiff
  v.

EQUIFAX et al.

        Defendants.
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff and Equifax that the above-entitled action as to Equifax is hereby dismissed with prejudice and without costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Atlanta, Georgia
       February 11, 2015

By: _____
Shimshon Wexler
1411 Dalewood Dr. NE
Atlanta, GA 30329
(212) 760-2400
*Plaintiff Pro Se*


By: */s/ Brian J. Olson*
Brian J. Olson
King & Spalding
1180 Peachtree St.
Atlanta, GA 30309
(404) 572-4600
*Attorneys for Equifax*

Entered as dismissed pursuant to
Rule 41(a)(l)(i)(ii), F.R.C.P.

James N. Hatten, Clerk
By: _____
Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 18 2015

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Abraham James Spung
Daniel J. Conner , Jr.
Natalie Williams
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309

/s/ *Brian J. Olson*
Georgia Bar No. 553054
Attorney for Equifax Information
Services LLC